UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TAMMY JENNINGS,                          :

    Plaintiff                            :     CIVIL ACTION NO. 3:20-65

v.                                       :         (JUDGE MANNION)

ETHICON, INC., et al.,                   :

    Defendants                           :

**ORDER**

The court has received the Notice of Settlement in Principle and Request to Stay filed by the parties in this matter. (Doc. 47). Based on the information provided this action will be ADMINISTRATIVELY CLOSED and the parties are ordered to file a status report every ninety (90) days to update the court on the settlement status.

*/s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: November 18, 2020
20-65-02